UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$23,722.00 IN U.S. CURRENCY,<br><br>$10,122.00 IN U.S. CURRENCY,<br><br>ONE 2005 DODGE RAM 3500 PICKUP,<br>OREGON LICENSE NO. 477CBW,<br>VIN 3D7LS38C25G795469,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　Defendants.<br>_____ | Civil No. 07cv1966-JM(LSP)<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCIES INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

　　　　Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

　　　　IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

　　　　IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currencies in the Seized Assets Deposit Account which shall be substituted as the res in this action.

DATED: October 15, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge